**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60954-LEIBOWITZ/AUGUSTIN-BIRCH**

**GREG MATUS,**
*on behalf of himself and*
*all others similarly situated*,

    *Plaintiff*,

v.

**SPORT SQUAD, INC. d/b/a JOOLA,**

    *Defendant.*

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Provisional Certification of Proposed Settlement Class [ECF No. 57] ("R&R"), filed on August 11, 2025, recommending that the Unopposed Motion for Preliminary Approval of Settlement and Provisional Certification of Proposed Settlement Class [ECF No. 55] be GRANTED. [ECF No. 57 at 1]. The undersigned previously referred the Motion to United States Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 56]. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    The Magistrate Judge's Report and Recommendation [ECF No. 57] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

    2.    The Unopposed Motion for Preliminary Approval of Settlement and Provisional Certification of Proposed Settlement Class [ECF No. 55] is **GRANTED.**

3. Consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules, the Court hereby **REFERS** any further motions and proceedings concerning this class action settlement to Judge Augustin-Birch. Judge Augustin-Birch may schedule and conduct any hearings as necessary.

**DONE AND ORDERED** in the Southern District of Florida on August 19, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record