**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60954-LEIBOWITZ/AUGUSTIN-BIRCH**

**GREG MATUS,**
*on behalf of himself and all others similarly situated,*

     *Plaintiff,*

v.

**SPORT SQUAD, INC.,** *et al.,*

     *Defendants.*

_____/

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

     **THIS CAUSE** is before the Court upon the Report and Recommendation on Motion for Final Approval of Class Settlement and Application for Attorneys' Fees and Costs [ECF No. 66], submitted on March 2, 2026, in which United States Magistrate Judge Panayotta Augustin-Birch recommends GRANTING the Motion for Final Approval of Class Settlement and Application for Attorneys' Fees and Costs [ECF No. 62] (the "Motion") and APPROVING the parties' settlement agreement.  The undersigned previously referred the parties' Motion to Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules.  [ECF No. 63]. Since the Report and Recommendation was filed on March 2, 2026, no objections were filed during the 14-day objection period.

     Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 66]** is **AFFIRMED** and **ADOPTED**.

2. The Motion for Final Approval of Class Settlement and Application for Attorneys' Fees and

Costs [**ECF No. 62**] is **GRANTED**.

3.  The parties' settlement agreement **[ECF No. 55-1]** is **APPROVED**.

4.  This case is **DISMISSED WITH PREJUDICE**.

5.  Any pending motions are **DENIED AS MOOT**.

6.  The Court retains jurisdiction for the sole purpose of enforcing the parties' settlement agreement.

7.  The **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

    **DONE AND ORDERED** in the Southern District of Florida on March 19, 2026.

    DAVID S. LEIBOWITZ
    UNITED STATES DISTRICT JUDGE

cc:      counsel of record